# United States District Court

**Southern DISTRICT OF California**

08 MAR -4 AM 10: 49

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Express Mail Parcel # EB995316461US, addressed to Zachariah Black, 5664 Apricot, St. Louis, MO 63136. The parcel listed the return information of Shane Jacobs. | **SEARCH WARRANT**<br><br>CASE NUMBER: **08 MJ 0629** |
|---|---|

TO:   Ana L. Flores, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Ana L. Flores   who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Express Mail Parcel # EB995316461US, addressed to Zachariah Black, 5664 Apricot, St. Louis, MO 63136. The parcel listed the return information of Shane Jacobs which is in the custody of the U.S. Postal Inspection Service.

in the Southern                         District of California                         there is now
concealed a certain person or property, namely (describe the person or property)

> Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   March 13, 2008
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
                                                                                                    U. S. Judge or Magistrate
as required by law.

March 3, 2008 @ 9:41 am                          at   San Diego, CA
Date and Time Issued                                  City and State

**CATHY ANN BENCIVENGO**
U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED  3-3-08 | DATE AND TIME WARRANT EXECUTED  3-3-08  2:45 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH  USPS |
| INVENTORY MADE IN THE PRESENCE OF  US Postal Inspectors A. Flores and K. Cain |||

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express mail parcel # EB995316461US

Mailing tube wrapped in brown shipping paper, contained crumpled newspaper stuffed on either side of tube. Inside the tube was a clear wrap packaging box which contained two plastic wrapped baggies which contained a green leafy substance which field tested positive for marijuana which weighed approximately 51.4 grams

3/3/08

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Ana Flores_

Subscribed, sworn to, and returned before me this date.

_____           3/4/08
CATHY ANN BENCIVENGO            Date
U.S. MAGISTRATE JUDGE